UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE T. YOUNG,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 8:20-cv-01563-HDV-SHK<br><br>ORDER LIFTING STAY AND FOR JUDGMENT CLOSING CASE |

Pursuant to the parties' Joint Stipulation to Reopen Case to Enter Judgment for Plaintiff, the Court hereby LIFTS the stay and orders that judgment be entered: (1) for Plaintiff; and (2) DISMISSING the case with prejudice.

DATED: 11/3/23

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE HERNÁN D. VERA
　　　　　　　　　　　　　　　　United States District Judge

Presented by:

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge