JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE T. YOUNG,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 8:20-cv-01563-HDV-SHK<br><br>JUDGMENT |

Pursuant to the Court's Order Lifting Stay and for Judgment Closing Case, judgment is hereby entered for Plaintiff and this case is DISMISSED with prejudice.

DATED: 11/03/23

  _____
  HONORABLE HERNÁN D. VERA
  United States District Judge

Presented by:

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge