UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MAMIE T. YOUNG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security<br><br>　　　　　Defendant. | CASE #: SACV 20-01563 HDV-SHK<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded Ten Thousand, Three Hundred and Thirty Eight Dollars, and Eight Cents ($10,338.08) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Four Dollars ($400) and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Date: 12/7/2023

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE